UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RASAQ OPEYEMI SANUSI,

                Plaintiff,

-against-

UNITED STATES OF AMERICA

                Defendant.

CV-10-4783 (SJ) (JMA)

---

PLEASE TAKE NOTICE that Gregory C. Farrell of Hughes Hubbard & Reed LLP hereby enters his appearance as counsel of record for Plaintiff Rasaq Opeyemi Sanusi in the above referenced cause of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: August 4, 2014
       New York, New York

Respectfully submitted,

By: _____
Theodore V. H. Mayer
William J. Beausoleil
Gregory C. Farrell

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Fax: (212) 299-6000
Email: mayer@hugheshubbard.com
Email: beausole@hugheshubbard.com
Email: farrellg@hugheshubbard.com

*Attorneys for Rasaq Opeyemi Sanusi*