UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RASAQ OPEYEMI SANUSI,

                Plaintiff,

    -against-

UNITED STATES OF AMERICA

                Defendant.

CV-10-4783 (SJ) (JMA)

---

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 1.4, Windy B. McCracken respectfully moves this Court for leave to withdraw as attorney in the above-captioned matter. Movant respectfully informs the Court that she is leaving the law firm Hughes Hubbard & Reed LLP on August 8, 2014 and will no longer represent Plaintiff Rasaq Opeyemi Sanusi in this matter. The law firm of Hughes Hubbard & Reed LLP will continue to serve as counsel for Plaintiff Rasaq Opeyemi Sanusi in this action. In addition, Movant further requests that the Court update the appropriate service list for this Court and counsel for this matter.

Dated: New York, New York
       August 4, 2014

                                      HUGHES HUBBARD & REED LLP

                                      By: _____
                                      Windy B. McCracken
                                      One Battery Park Plaza
                                      New York, New York 10004
                                      Telephone: (212) 837-6000
                                      Facsimile: (212) 422-4726
                                      E-mail: mccracke@hugheshubbard.com
                                      *Attorney for Rasaq Opeyemi Sanusi*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RASAQ OPEYEMI SANUSI,<br><br>                    Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA<br><br>                    Defendant. | CV-10-4783 (SJ) (JMA) |

### DECLARATION OF WINDY B. MCCRACKEN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF RASAQ OPEYEMI SANUSI

I, Windy B. McCracken, declare as follows:

1. I am currently an attorney with the firm of Hughes Hubbard and Reed LLP ("Hughes Hubbard"), attorneys for Plaintiff Rasaq Opeyemi Sanusi. I am a member of the Bar of this Court and I make this Declaration in support of my motion to withdraw as counsel. I state the following facts on the basis of my personal knowledge.

2. My last day of employment at Hughes Hubbard & Reed LLP will be August 8, 2014.

3. Hughes Hubbard & Reed LLP will continue to represent Plaintiff Rasaq Opeyemi Sanusi in this matter and my withdrawal will have no effect on their continued representation of Plaintiff Rasaq Opeyemi Sanusi.

4. I am not asserting a retaining or charging lien.

5. Plaintiff Rasaq Opeyemi Sanusi has consented to my withdrawal as his attorney in this matter.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2014

_____
Windy B. McCracken