UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
RASAQ OPEYEMI SANUSI,

        Plaintiff,

- against -

UNITED STATES,

        Defendant.
------------------------------X

**NOTICE OF MOTION**

Civil Action
No. CV-10-4783

(Johnson, J.)
(Azrack, M.J.)

PLEASE TAKE NOTICE that based on Defendant's papers and all documents filed in this matter, that pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Defendant will move this Court at a time and place to be set by the Court, for an order dismissing the complaint.

Dated:    Brooklyn, New York
          August 14, 2014

                         LORETTA E. LYNCH
                         United States Attorney
                         Eastern District of New York
                         271 Cadman Plaza East, 7th Floor
                         Brooklyn, New York 11201

          By:    /s/{electronically filed}
                  Scott Dunn
                  Assistant U.S. Attorney
                  (718) 254-6029